# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**SYLVIA SAMUEL JACKSON,**  :

    **Plaintiff**  :

    v.  : **CIVIL ACTION NO. 3:13-0886**

**CAROLYN W. COLVIN, ACTING**  :     **(JUDGE MANNION)**
**COMMISSIONER OF SOCIAL**
**SECURITY,**  :

    **Defendant**  :

## O R D E R

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The decision of the Commissioner of Social Security denying Sylvia Samuel Jackson disability insurance benefits and supplemental security income benefits is affirmed.

2. The Clerk of Court shall close this case.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: September 30, 2014

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-0886-01 ORDER.wpd